Related DDJ

```
FILED
CLERK, U.S. DISTRICT COURT
OCT - 3 2017
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY
```

1. Armando A. Marroquin Carpio
2. A# 94191953, W5-B-107-2L
3. 10250 Rancho Road
4. Adelanto, CA 92301
5. In Pro Per

# United States District Court
# Central District of California

Armando A. Marroquin Carpio,
  Plaintiff,

V.

Chief Counsel, DHS-ICE, et al.,
  Defendants.

Case **CV 17 - 02030 DDP (AGR)**

Complaint - Civil Action for injunctive relief and damages, Demand for Jury trial

```
RECEIVED
CLERK, U.S. DISTRICT COURT
OCT - 2 2017
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY
```

## Jurisdiction

This action is brought pursuant to 42 U.S.C. Section 1983, therefore jurisdiction is proper under 28 U.S.C. Section 1331 and 1343

## Venue

A substantial portion of the events given rise to the claims alleged in this complaint arose in Adelanto, California. Therefore venue is proper under 28 U.S.C. Section 1391(b)(2).

## Introduction

This is a claim for damages and injunctive relief brought under 42 U.S.C. Section 1983 against "ICE" and Detention officials for violation of Plaintiff's



COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
95 28391

1

1 rights to be free from Cruel and Unusual Punishment
2 as protected by the Eighth Amendment of the
3 United States Constitution. Specifically at issue
4 are Plaintiff's rights to be free from the use of
5 excessive force and to have Personal Safety, and
6 his fundamental Constitutional right of full access
7 to the Courts, access to Law Library, access to
8 Legal materials (Supplies), and adequate assistance
9 from Persons trained in the Law guarantee by the
10 First, Fifth, Sixth, Eighth and Fourteenth Amendments
11 of the Federal Constitution of America.
12    Plaintiff Prays for actual damages and injunctive
13 relief and has not utilized the administrative Process for
14 damages, based upon futility.
15                     Parties
16    Plaintiff, Armando A. Marroquin Carpio a 52 year
17 old male, Spanish-Latino-American citizen of El
18 Salvador Centro America resident of the State of
19 California, currently deteined by "ICE" in Adelanto
20 Detention Center in California. At all times mentioned
21 in this Complaint Plaintiff was detained within the "ICE"
22 Jurisdiction or System.
23    Defendant, Chief Counsel, DHS-ICE, is
24 legally responsible for the overal operation of the
25 detention facilities under its jurisdiction including
26 Adelanto Detention Facility.
27    Defendant, D/W N. Allen, Warden, is legally
28 responsible for the operation of Adelanto Detention Facility.



COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
95 28391

Defendants, John Doe, ICE Supervisors are legally responsable to Supervice all operation of the deportation officers including the aliens' confinement in Adelanto Detention Facility.

Defendants, K. Reveterian and R. Duran, Lievtenats are legally responsible for the operation of Administrative Segregation in Adelanto Detention Facility in California.

Defendants, John Doe, Library Staff are legally responsible for the operation of all legal resources at the Law Library in Adelanto Detention Facility in California

Defendants, John Doe, M.D. are responsible for assuring that all aliens receive proper and adequate Medical Care, including proper dianosis and treatment. At all times mentione defendants John Doe were acting under color of State Law, in the course and scope of their employment in Adelanto Detention Facility in California.

Defendants, one, Two, Three, Four, Five, Six, Seven, Eight, Nine, Ten, and Eleven, each defendant is sued in their individual and official capacity. At all times mentioned in this Complaint each defendant acted under the color of California Law.

Defendants Chief Counsel, DHS-ICE and N. Allen, Detention Facility Warden both are liable for their failure to trained adequately and Supervice their subodinates who are under their

3

supervision that violate Plaintiff's First, Fifth, Sixth, Eighth, and Fourteenth Amendments of the Federal Constitution of America. Each of their subordinates conspired to coverup their ongoing violations.

Plaintiff's allegations, when liberally construed can plausibly support an inference that all defendants violated his Federal Constitutional right of access to the Courts, his right to receive medical care, ADA accommodations and supplies, and be free of cruel and unusual punishment, and his Due Process rights to be treated equal under the Protection of laws.

## Facts

On or about July 13, 2017 till present when file this civil action, Defendants have refuse to to provide Plaintiff with adequate Law Library, refuse to assist him in the preparation and filing of his immigration documents, refuse to provide with adequate assistance from person trained in the law, refuse to provide legal forms and materials in order to access the Courts (see exhibit A) The Geo Law Library System failed to comply with Constitutional Standards with respect to access to the Courts in a number of areas relating to adequacy and availability of Law Libraries Programs as update of Lexis Nexis, update State and Federal Law of civil and criminal, legal assistance Programs, and bilingual Dictionaries.

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
95 28391

4

Plaintiff's First Amendment Claim lies when the defendants take adverse action against him for his exercise of his constitutional rights, including the free speach provision of the First Amendment, and the Self incrimination previlege of be a witness against himself of the Fifth and Fourteenth Amendment.

On July 14, 2017 Plaintiff was housed in W5-B-107-2L, and on September 8, 2017 he was removed to W1-B-214. In the short time that Plaintiff was housed in W5-B-107-2L he never had any type of altercations with detainees or Unit Staff, and the video recording (cameras) would support Plaintiff's version and as well all the detainees that he remain in his cell day and night working in his cases and waiting for his immigration court date. Defendants John Doe one Two and Three stook to all detainees on September 7, 2017 at W5-B Unit in relation of an incident in that unit, to which Plaintiff have no knowledge of it, but Defendants want to know what happen to these detainees but nobody talk. That day Defendants interviewed all detainees individually, then after of the detainees were interviewed, Defendants ask everybody "who want to go to GP - General Population raise his hand" but nobody raise his hand or say anything to defendanst, then they told and say,

5

"We going to let go this time and we going to start from zero ok," so everybody agree to start fresh. A day later (9/8/2017) defendants order the Geo staff to remove all ex-convicts 11 in total including Plaintiff and charged all of "Security risk to him/herself or the security of the facility." (See exhibit B)

Since 9/8/2017 Plaintiff has been in A-Seg. for be an exconvict and for not know what happen a Month before of his arrive at W5-B. (None of the 11 detainees came from the streets, all come from Prison like Plaintiff.) So there is obvious that all detainees were punish just for being an ex-prisoners not because of violation the facilit rules. Right now Plaintiff has been 20 days in Administrative segregation in violation of his Doe Process and Equal Protection of the Laws and submitted to a cruel human conditions due to the invalid initial placement in Administrative Segregation in which he has been deprive of access to Law Library (a computer that they called Law Library), access to his legal files, access to Medical care, access to hot Meals (he has Diet Kosher that comes cold and he cooked in the Microwake), access to legal forms as grievances; appeals and request that he need to challenge not only his immigration case but Five (5) other civil cases in Federal Courts,

Right now Plaintiff has been harmed twice in one of his civil actions (See exhibit C.) he missed the due date to respond Defendants Motion to dismiss and at the disposition appointment.

Defendants violate their own rules, (see the Detainee Handbook page 26 under Section detanee Disiplinary Process, on exhibit D) The rules stated, "any detainee who is charge with a violation of facility rules will receive a disciplinary hearing and be permitted to speak, call witnesses, have a staff representative and present evidence before a penalty is imposed." None of the above was given to Plaintiff.

Apparently there was a hearing but was without Plaintiff presence on 9/11/2017, in which he was placed under administrative segregation on the ground or charge of facility initiated, the following factors were reviewed with the results Plaintiff being facility initiated.

Plaintiff was deprive not only of a fair hearing but his right to speak on his behalf, call witnesses, to present evidence and to have a staff assigned, Defendants made all the allegation because they do not know who was the trouble-maker or what was going in the unit which make them incompetents to investigate and resolve a Problem, therefore defendants shall be dismiss and be Persecute in Criminal Court and incarcelate.

During Plaintiff be in Administrative segregation, his medical problem has increase because he was denied Medical Care in all the aspects (see exhibit E), and clean clothes, and access to the Law Library, and access to his legal documents that were stored at his arrival at this facility on July 13, 2017.

Plaintiff has been attempted to resolve the ongoing problem and deprivation in good faith without court action but defendants' careless for all Detainees told Plaintiff that "they do not care for civil action or lawsuits because Geo business is a Billion Dollars Contract and they have the best lawyers to defend them," and Plaintiff "was going to lose his action or lawsuit in court."

Defendants John Doe, M.D. are deliberately indifferent to Plaintiff's serious medical needs.

Defendants M.D. were aware since July 13 2017 that Plaintiff was suffering of severy and serious ongoing pain, but instead of provide adequate medical care they took all Plaintiff's medication include his ADA supplies at his arrive on July 13, 2017 at Adelanto Detention Facility. Since July 13, 2017 Plaintiff has been waiting for pain medication and for his ADA supplies. it has been over two (2) months now and there is no sigh that he will provide with medical care and ADA accommodation.

Plaintiff needs aleast 1,500 Milligrams of Pain Kill which is about 3 Pills at day for his ongoing, but the Defendants gave 30 Pills one time only, it has been more than two months now and they have not Provide the Pain Kills that Plaintiff requested for his ongoing Pain. nor they have Provide accommodation and ADA supplies that he need every day whic have caused that Plaintiff be submitted to a Cruel unstopped inhuman condition and ongoing Suffering.

Legal Claims

Plaintiff have been deprived of his right to access the Courts guaranteed by the First Amendment to the United States Constitution and the Due Process Clause of the Fourteenth Amendment.

Defendants' failure to Provide Medical Care needed by Plaintiff Constituted Cruel and unusual Punishment and Punishment without due Process of law of the Eighth Amendment to the United State Constitution and the Due Process Clause of the Fourteenth Amendment.

Plaintiff have no Plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff have been and will continue to be irreparably injured by the conduct of the defendants unless this Court grants the declaratory and injunctive relief which Plaintiff Seek.

WHEREFORE, Plaintiff respectfully Pray that this Honorable Court enter Judgment granting Plaintiff:

1. A declaratory Judgment that the defendants' acts, Policies and Practices described herein violate Plaintiff's rights under the United States Constitution.

2. Prohibits defendants, their agents, employees, successors in interest and all other Persons in active concert or Participation with them, from harassing, threatening, Punishing or retaliating in any way against the Plaintiff because he filed this action or against any other Detainee because they submitted affidavits in this case on behalf of Plaintiff or from transferring Plaintiff to any other Detention Facility without his express consent, during the Pendency of this action.

Request for relief

Request for injunction relief,

Request for <u>One hundred Million dollars</u> for actual damages, 50% of this amount will use it to Provide the detainees assistance to all that have been victims of the Defendants' bad behaviour in the Past and future,

Request for <u>Eleven Million Dollars</u>, one Million for each Defendant for exemplary damages,

Request for attorney fees,

Request for Cost of suit and such further relief as the Court deems Proper, and

Plaintiff, Armando A. Marroquin Carpio Demand a trial by Jury.

I declare under penalty of perjury that the foregoing is true and correct. Execute on the 26 day of September, 2017 at Adelanto California.

Respectfully Submitted

Armando A. Marroquin Carpio
Plaintiff In Pro Per

Proof of Service

I, Armando A. Marroquin Carpio, served the attached document and any attached pages by mailing a true and original of the above described document(s), with postage fully prepaid thereon for mailing to:

Clerk, of the Court, U.S. District Court
Central District of California
312 N. Spring St., Room G-8
Los Angeles, CA 90012-4797

I declare under penalty of perjury that the foregoing is true and correct

Dated: 9/28/2017

Armando A. Marroquin Carpio
A# 94191953
Plaintiff In Pro Per

11

Exhibit A

Law Library Complaint

8 Pages

Documents not available because the Law Library refuse to copy.

# Exhibit B

Administrative Segregation Grievances and request forms to Geo and ICE

10 Pages

Documents not available because the Law Library refuse to copy.

Exhibit C

Arizona Documents (defendants)

9 Pages

Documents not available because the Law Library refuse to copy.

Exhibit D

Adelanto-Detainee Handbook

1 Page.

Documents not available because the Law Library refuse to copy.

Exhibit E

Medical Grievance

1 Page.

Documents not available because the Law Library refuse to copy

Armando A. Marroquin Carpio
A# 94191953, W5-B-107-2L
10250 Rancho Road
Adelanto, CA 92301

Legal Mail



09/29/2017
US POSTAGE $01.82
ZIP 92301
011D1164604

Confidential Mail

TO: United States District Court
Clerk of the Court
Central District of California
312 N. Spring St., Room 6-8
Los Angeles, CA 90012-4797