JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO A. MARROQUIN CARPIO,<br><br>Plaintiff,<br><br>v.<br><br>CHIEF COUNSEL, DHS-ICE et al,<br><br>Defendant. | NO. EDCV 17-2030-DDP (AGR)<br><br>JUDGMENT |

Pursuant to the Order of Dismissal,

IT IS ADJUDGED that judgment is entered for Defendants and the entire action is dismissed.

DATED: June 27, 2022

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE